DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Grigor Oganesian

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIGOR OGANESIAN,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, ET AL,<br><br>Respondents. | Case No.: 1:25-cv-01667<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE; [PROPOSED] ORDER** |

    Danica Mazenko, on behalf of Petitioner Grigor Oganesian ("Oganesian"), moves the Court to extend the deadline set at ECF 13. The Government does not oppose this motion.

    The undersigned was appointed to represent Oganesian on January 16, 2026. On that same date, she began the process of setting up the interface to communicate with clients housed in ICE facilities. On January 22, 2026, the undersigned submitted inquiries within the system to request assistance with the functions and to hasten the scheduling. The undersigned has not yet succeeded in reaching her client. The undersigned is unable to respond without meaningful communication with her client. Accordingly, Petitioner moves to set the deadline to file a response/opposition to the pending motion to dismiss on February 9, 2026.

Dated: January 26, 2026                                    Respectfully submitted,

                                                                  */s/ Danica Mazenko*
                                                                  DANICA MAZENKO
                                                                  Attorney for Grigor Oganesian

**[PROPOSED] ORDER**

IT IS ORDERED that the petitioner's response/opposition to the motion to dismiss is due on February 9, 2026.

IT IS SO ORDERED.

Dated: January 28, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE